Summons in a Civil Action (Rev 11/97)

**FILED**
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A.J. OLIVER,
Plaintiff,

vs

Please see attached list,
Defendants.

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1364 LAB POR

TO: (Name and Address of Defendant)




YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


W. Samuel Hamrick, Jr.                              JUL 24 2008
        CLERK                                             DATE

By _____B. LLOYD_____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# LIST OF DEFENDANTS

1. SOUTHBAY MARKETPLACE HOLDINGS, LLC
2. PARTY CITY CORPORATION dba PARTY CITY of NATIONAL CITY #521
3. MAC N FRY, INC. dba McDONALD'S
4. McDONALD'S CORPORATION
5. GROCERY OUTLET, INC. dba GROCERY OUTLET #145
6. ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #393
7. THE OFFICE CLUB, INC. dba OFFICE DEPOT #0963
8. DLC ACQUISITION CORP. dba DIXIELINE LUMBER & HOME CENTER
9. LN REAL ESTATE, LLC